Francis Hickey, by Frances Hickey, appellee, v. Roy Strauss, appellant. Gen. No. 7,714.

Action to recover for injuries from automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.

Knight & Mohr, for appellant; Carl A. Swenson, of counsel. Garrett, Maynard & Fell, for appellee.

Mr. Justice Jones delivered the opinion of the court.

In re estate of Amanda Weaver, deceased, appellee, v. J. W. Weaver, appellant. Gen. No. 7,718.

Appeal by claimant against estate, from judgment for administrator. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.

Bert E. McLaughlin, for appellant. Hardy, Hardy, Bardens & Hardy, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Robert Kennie, by Ralph Kennie, appellee, v. Timothy Daily, appellant. Gen. No. 7,721.

Action for injuries from collision of motor vehicles. Judgment for plaintiff. Appeal from the Circut Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.

Wilson, McIlvaine, Hale & Templeton and Hunter, Page & Kavanagh, for appellant. John E. Cassidy, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Village of Scales Mound, appellant, v. R. J. Gessner, appellee. Gen. No. 7,765.

Bill for mandatory injunction to compel removal of electric wires from public street. Dismissed for want of equity. Appeal from the Circuit Court of Jo Daviess county; the Hon. Harry L. Heer, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded with directions. Opinion filed September 29, 1927.

F. J. Campbell, for appellant. Sheean & Sheean and Louis A. Nack, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Legris Trust & Savings Bank and Eugene Granger, appellants, v. Farmers' Elevator Company of Manteno, appellee. Gen. No. 7,781.

Trial of rights of property. Directed verdict for execution claimant. Appeal from the County Court of Kankakee county; the Hon. John H. Gillan, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed September 29, 1927.

Louis N. Legris, for appellants. Joseph G. Gorman and Eva L. Minor, for appellee.

Mr. Justice Jones delivered the opinion of the court.